UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

Vincent A. Argentino )
Plaintiff, )
) Case no. 17-CV-C-04164-NKL-P
V. )
Corizon, LLC, et al., )
Defendants, )

## PLAINTIFF'S SUPPLEMENTAL PLEADING

Comes Now, Plaintiff, pro se, Vincent A. Argentino. Pursuant to Rule 15(d) Fed. R. Civ. P., Requests to file this supplemental pleading.

Plaintiff was transferred from Jefferson City Correctional Center on March 29, 2018 to South Central Correctional Center, Plaintiff was clearly transferred out of Retaliation by Corizon, LLC Agents.

Plaintiff asserts that on the morning of march, 29 2018 while he was in the holding cell at Jefferson city correctional center, waiting to be transferred to South central correctional center. Plaintiff heard CO II Galberth tell her subordinate officers at J.C.C.C. That the Plaintiff was being transferred because the medical staff at J.C.C.C. did not want to give the Plaintiff back his Egg-create matters and Egg-create cushion, that was taken by A.H.A. Russell on February 28, 2018. Then on march 8, 2018 a <u>N.P.</u> named,

Parker ▮ told the plaintiff "I cannot order you another egg-create mattress or cushion because the M.D.O.C. will not let Corizon order" said medical devices anymore "due to them being a fire hazard". Please Refer to plaintiffs DOC-55 p. 4, 5-6, 9, and 10 which explains in more detail, also please refer to DOC-55 EX-16 p. 38 and EX-16, p. 39, EX-16 p. 6-17 is the I.R.R.'s the plaintiff filed on A.H.A. Russell and N.P. Parker.

## RELIEF REQUESTED

1. Plaintiff moves this court to investigate plaintiffs transfer

2. Plaintiff moves this court to order Corizon, LLC defendants to produce to the plaintiff M.D.O.C. Policy IS 22-08.1 which corizon, defendants claim is the reason why the plaintiff cannot have said medical devices anymore.

Respectfully submitted,

*[signature]*

Plaintiff, pro se, Vincent M. Argentino
#1122002 SC-140
S.C.C.C. 255 W. Hwy 32
Licking, mo 65542

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via frist class U.S. mail, postage, prepaid, on this 27 day of April, 2018 to the following:

J. Thaddeus Eckenrode
ECKENRODE-MAUPIN
11477 Olde cabin Rd., Ste 110
St. Louis, MO 63141
Attorney for corizon, defendants

Plaintiff, Pro se, Vincent H. Argentino