# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

---

### JUDGMENT IN A CIVIL CASE

Vincent A. Argentino,

    Plaintiff,

    V.        Case No. 17-4164-CV-C-NKL-P

Corizon Medical Services, et al.,

    Defendants.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: ORDERED that Defendant Chada's motion for summary judgment (Doc. 160) is granted and this case is dismissed. The dismissal of Plaintiff's claims against Defendant Chada is without prejudice. Finally, Plaintiff is cautioned that federal law "makes prisoners responsible for appellate filing fees of $505.00] the moment the prisoner . . . files an appeal." The Clerk of the Court shall enter judgment accordingly.

Entered on:   June 17, 2019.

                                                PAIGE WYMORE-WYNN
                                              CLERK OF COURT

                                              /s/ C. Davies
                                              (By) Deputy Clerk