Vincent A. Argentino

Plaintiff - Appellant

v.

Corizon Medical Services

Defendant

Ruanne Stamps, Dr.; Narendrasinh Khengar, Dr.; Rex Hardman, Dr.

Defendants - Appellees

Reuben Thacker, Dr.

Defendant

Glen Babbich, Dr.

Defendant - Appellee

Dr. Thomas Kevin Bredeman, Regional Medical Director

Defendant

Amanda Verdot, Nurse; Samantha Lucas, Nurse; Hanna Wingate, Nurse; Matthew W. Pittman, Nurse

Defendants - Appellees

Cheryl Clad, Nurse; Patricia King, Nurse; Cheryl Galberth, Nurse

Defendants

Pamela Swartz, Nurse Practitioner

Defendant - Appellee

Ashok Kumar Chada, Dr.

Defendant

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:17-cv-04164-NKL)

## JUDGMENT

Before GRUENDER, BEAM, and SHEPHERD, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 27, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

      /s/ Michael E. Gans